189 So.2d 587

**Bobby Joe DRINKARD**

v.

**STATE of Alabama.**

**4 Div. 264.**

Supreme Court of Alabama.

Aug. 25, 1966.

Richmond M. Flowers, Atty. Gen., and Jas. H. Evans, Asst. Atty. Gen., for petitioner.

Alice L. Anderson, Enterprise, opposed.

SIMPSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court reversing a judgment of conviction in Drinkard v. State, 43 Ala.App. 294, 189 So.2d 583.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

■

192 So.2d 446

**Carol Ann FERRELL**

v.

**STATE.**

**3 Div. 171–C.**

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443.   (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.

■

191 So.2d 527

**Herschel Lee FOSTER**

v.

**STATE.**

**5 Div. 839.**

Supreme Court of Alabama.

Oct. 27, 1966.

Nabors & Torbert, Gadsden, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Herschel Lee Foster for certiorari to the Court of Appeals, to review and revise the judgment and decision in Foster v. State, 43 Ala.App. 435, 191 So.2d 523.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.